UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO CORONADO, ) | NO. CV 14-2597-AS |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social ) Security, ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Order Denying Defendant's Motion for Remand and Granting Plaintiff's Cross-Motion for Remand, filed concurrently herewith.

DATED: December 4, 2014.

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE